# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Email Link Corp.,

Plaintiff,

V.

Treasure Island, LLC et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01433-ECR -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment has been entered in favor of Defendants Caesars Entertainment Corporation , Hilton Worldwide, Inc.  MGM Resorts International , Treasure Island, LLC , Hard Rock Hotel Holdings, LLC, Las Vegas Sands Corporation and Wynn Resorts, Limited  and against plaintiff Email Link Corp.

September 27, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk